CAMILLE JOANNE ROSCA
crosca@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
51 West 52nd Street
New York, NY  10019-6142
Telephone:  +1 212 506 5000

Attorneys for Defendant
TWILIO INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, an assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>v.<br><br>TWILIO INC., RICHARD ROES 1-10, fictitious names of unknown individuals and, ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | Case No. 24-cv-4095<br><br>**TWILIO INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Local Civil Rule 7.1.1, Twilio Inc. states that there are no persons or entities who are not a party who are providing funding for some or all of the attorneys' fees and expenses for this litigation on a non-recourse basis.

Pursuant to Federal Rule of Civil Procedure 7.1, Twilio Inc. states that there is no parent corporation or publicly held corporation that owns 10 percent or more of its stock.

Dated:    March 22, 2024              By:    */s/ Camille Joanne Rosca*
                                              Camille Joanne Rosca
                                              ORRICK, HERRINGTON &
                                              SUTCLIFFE LLP
                                              Attorneys for Defendant
                                              Twilio Inc.

## CERTIFICATION OF SERVICE

I, Camille Joanne Rosca , hereby certify that on March 6, 2024, I caused the original of the following to be filed via ECF to the Clerk, United States District Court, District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Room 4015, Newark, NJ 07101

(1) Twilio Inc.'s Corporate Disclosure Statement

I further certify that copies of the foregoing were served on the following individuals or entities and by the methods listed below:

by eMail and Regular Mail:

>Rajiv D. Parikh
>494 Broad Street
>Newark, New Jersey 07102
>Tel: (973) 533-0777
>rparikh@genovaburns.com
>(1 original)
>
>Kathleen Barnett Einhorn
>494 Broad Street
>Newark, New Jersey 07102
>Tel: (973) 533-0777
>keinhorn@genovaburns.com
>(1 original)
>
>John A. Yanchunis
>201 North Franklin Street, 7th Floor
>Tampa, FL 33602
>Tel.: (813) 223-5505
>jyanchunis@ForThePeople.com
>(1 original)

1

        Ryan J. McGee
        201 North Franklin Street, 7th Floor
        Tampa, FL 33602
        Tel.: (813) 223-5505
        rmcgee@ForThePeople.com
        (1 original)

        By:     */s/ Camille Joanne Rosca*
                  Camille Joanne Rosca

Dated: March 22, 2024