CAMILLE JOANNE ROSCA
crosca@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
51 West 52nd Street
New York, NY  10019-6142
Telephone:  +1 212 506 5000

Attorneys for Defendant
TWILIO INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, an assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, and PETER ANDREYEV,<br><br>              Plaintiffs,<br><br>   v.<br><br>TWILIO INC., RICHARD ROES 1-10, fictitious names of unknown individuals and, ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>              Defendants. | Case No. 2:24-cv-04095-SRC-LDW<br><br>**APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1(b)** |

Application is hereby made for a Clerk's Order extending the time within which Defendant Twilio Inc. ("Twilio") may answer, move, or otherwise reply to the Complaint. It is represented that:

1. No previous extension has been obtained;

2. Service of Process was effectuated on Defendant on February 22, 2024;

3. Defendant timely removed this action to this Court on March 22, 2024;

4. Defendant's time to answer, move, or otherwise reply expires on March 29, 2024.

**WHEREFORE**, Defendant respectfully requests that this application for a fourteen-day extension pursuant to Local Civil Rule 6.1 be granted.

Dated:       March 26, 2024               By:      */s/ Camille Joanne Rosca*
                                               Camille Joanne Rosca
                                               ORRICK, HERRINGTON &
                                               SUTCLIFFE LLP
                                               Attorneys for Defendant
                                               Twilio Inc.

The above application is **ORDERED GRANTED** and the time within which Defendant may answer, move, or otherwise reply is extended to April 12, 2024.

ORDER DATED: _____        By:_____
                                               Deputy Clerk

2

## CERTIFICATION OF SERVICE

I, Camille Joanne Rosca , hereby certify that on March 26, 2024, I caused the original of the following to be filed via ECF to the Clerk, United States District Court, District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Room 4015, Newark, NJ 07101

(1) APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1(b)

I further certify that copies of the foregoing were served on the following individuals or entities and by the methods listed below:

by eMail and Regular Mail:

        Rajiv D. Parikh
        494 Broad Street
        Newark, New Jersey 07102
        Tel: (973) 533-0777
        rparikh@genovaburns.com
        (1 original)

        Kathleen Barnett Einhorn
        494 Broad Street
        Newark, New Jersey 07102
        Tel: (973) 533-0777
        keinhorn@genovaburns.com
        (1 original)

        John A. Yanchunis
        201 North Franklin Street, 7th Floor
        Tampa, FL 33602
        Tel.: (813) 223-5505
        jyanchunis@ForThePeople.com
        (1 original)

Ryan J. McGee
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505
rmcgee@ForThePeople.com
(1 original)

        By:     <u>*/s/ Camille Joanne Rosca*</u>
                  Camille Joanne Rosca

Dated: March 26, 2024