Camille Rosca
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W. 52ND ST
NEW YORK, NY 10019
212-506-5394
Email: crosca@orrick.com
*Attorneys for Defendant*
*Twilio, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al.*, | : : : | Civil Action No. 24-cv-4095-HB |
| Plaintiffs, | : : : | **NOTICE OF MOTION TO ADMIT ARAVIND SWAMINATHAN, MARC SHAPIRO AND THOMAS FU TO APPEAR AND PARTICIPATE *PRO HAC VICE*** |
| v. | : : : | |
| TWILIO, INC., *et al.* | : : : | |
| Defendants. | : : | |

PLEASE TAKE NOTICE that on May 20, 2024, or as soon thereafter as counsel may be heard, Defendant Twilio, Inc. will move before the United State District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, located at 4th and Cooper Streets, Camden, New Jersey 08101, for an order, pursuant to L. Civ. R. 101.1(c), admitting Aravind Swaminathan, Marc R. Shapiro and Thomas Fu to appear and participate in this matter *pro hac vice*.

PLEASE TAKE FURTHER NOTICE that Defendant will rely upon the certifications of Messrs. Swaminathan, Shapiro and Fu in support of this application.

PLEASE TAKE FURTHER NOTICE that oral argument is not requested unless the matter is contested.

PLEASE TAKE FURTHER NOTICE that a proposed form order is submitted herewith.

Date: April 15, 2024

          /s/ Camille Rosca
          Camille Rosca
          ORRICK, HERRINGTON & SUTCLIFFE LLP
          51 W. 52ND ST
          NEW YORK, NY 10019
          212-506-5394
          Email: crosca@orrick.com

          *Attorneys for Defendant*
          *Twilio, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2024 I caused a true and correct copy of the foregoing Motion to Admit Aravind Swaminathan, Marc Shapiro and Thomas Fu to Appear and Participate *Pro Hac Vice* to be served upon all counsel of record via the Court's CM/ECF system.

*[DRAFT]*
Camille Rosca

Dated: April 15, 2024