IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY          :       CIVIL ACTION:
CORPORATION, ET AL.         :
                            :       NO. 24-04095
     v.                     :
                            :
TWILIO, INC., ET AL.        :

ORDER

        AND NOW on this ___24th___ day of _____April_____, 2024 it
is hereby ORDERED that the document filed as a motion (ECF#: 8) is
hereby DENIED without prejudice with leave to refile in accordance
with the District Court of New Jersey Local Rule of Civil Procedure
101.1(c).


                            BY THE COURT:


                            _Harvey Bartle III_
                                               J.