Camille Rosca
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W. 52ND ST
NEW YORK, NY 10019
212-506-5394
Email: crosca@orrick.com
*Attorneys for Defendant*
*Twilio, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al.*, | Civil Action No. 24-cv-4095-HB |
| Plaintiffs, | **NOTICE OF MOTION TO ADMIT ARAVIND SWAMINATHAN, MARC SHAPIRO AND THOMAS FU TO APPEAR AND PARTICIPATE *PRO HAC VICE*** |
| v. | |
| TWILIO, INC., *et al.* | |
| Defendants. | |

PLEASE TAKE NOTICE that Defendant Twilio, Inc. hereby moves before the United State District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, located at 4th and Cooper Streets, Camden, New Jersey 08101, for an order, pursuant to L. Civ. R. 101.1(c), admitting Aravind Swaminathan, Marc R. Shapiro and Thomas Fu to appear and participate in this matter *pro hac vice* for Twilio, Inc.

The undersigned counsel agrees to act as local counsel in the above-captioned case, and shall sign all pleadings, briefs, and other documents filed with this Court.

PLEASE TAKE FURTHER NOTICE that Defendant will rely upon the certifications of Messrs. Swaminathan, Shapiro and Fu in support of this application.

PLEASE TAKE FURTHER NOTICE that oral argument is not requested unless the matter is contested.

PLEASE TAKE FURTHER NOTICE that a proposed form order is submitted herewith.

Date: May 6, 2024

                                                       <u>/s/ Camille Rosca</u>

                                                      Camille Rosca
                                                      ORRICK, HERRINGTON & SUTCLIFFE LLP
                                                      51 W. 52ND ST
                                                      NEW YORK, NY 10019
                                                      212-506-5394
                                                      Email: crosca@orrick.com

                                                      *Attorneys for Defendant*
                                                      *Twilio, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2024 I caused a true and correct copy of the foregoing Motion to Admit Aravind Swaminathan, Marc Shapiro and Thomas Fu to Appear and Participate *Pro Hac Vice* to be served upon all counsel of record via the Court's CM/ECF system.

                                                      */s/ Camille Rosca*
                                                      Camille Rosca

Dated:  May 6, 2024