UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**   **DATE OF PROCEEDINGS: 05/07/2024**

**JUDGE: HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell   **DOCKET #** CV 24-4095 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al
      v.
TWILIO INC. et al

**APPEARANCES:**
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Time commenced: 2:14 PM   Time Adjourned: 2:16 PM

Total: 2 min.

s/ *David Bruey*
**DEPUTY CLERK**