### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>TWILIO, INC., *et al.*<br><br>　　　　　Defendants. | Civil Action No. 24-cv-4095-HB<br><br>**ORDER FOR ADMISSIONS *PRO HAC VICE* OF ARAVIND SWAMINATHAN, MARC SHAPIRO AND THOMAS FU** |

　　　　This matter having been presented to the Court allowing the appearance *pro hac vice* of Aravind Swaminathan, Marc Shapiro and Thomas Fu for all purposes in the above captioned matter, and the Court having reviewed the Certifications of Messrs. Swaminathan, Shapiro and Fu; and for good cause having been shown;

　　　　**IT IS** on this  30th  day of  July , 2024

　　　　**ORDERED**, that Aravind Swaminathan, Marc Shapiro and Thomas Fu are hereby admitted *pro hac vice* as counsel for Defendant Twilio, Inc. in the above entitled action, and it is

　　　　**FURTHER ORDERED** that, pursuant to Local Rule 101.1(c)(2) Aravind Swaminathan, Marc Shapiro and Thomas Fu shall each make a payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a), and shall make future such payments for each calendar year in which they continue to represent Twilio, Inc. in this action, and it is

　　　　**FURTHER ORDERED** that pursuant to L. Civ. R. 101.1(c)(3), Aravind Swaminathan, Marc Shapiro and Thomas Fu shall each make a payment of $250.00, payable to the Clerk, United States District Court; and it is

4148-3834-3446.1

**FURTHER ORDERED** that Aravind Swaminathan, Marc Shapiro and Thomas Fu shall each be bound by the Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Rule 103.1, Judicial Ethics and Professional Responsibility, and Local Rule 104.1, Discipline of Attorneys; and it is

**FURTHER ORDERED** that the Clerk shall forward a copy of this order to the Treasurer of the New Jersey Lawyers' Fund for Client Protection.

/s/ Harvey Bartle III
Hon. Harvey Bartle III,  U.S.D.J.

4148-3834-3446.1