**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**Camden, NJ**

ATLAS DATA PRIVACY CORPORATION,
et al.

               Plaintiff,

v.                                  Case No.: 1:24−cv−04095−HB
                                      Judge Harvey Bartle (EDPA), III

TWILIO INC., et al.

               Defendant.

Clerk, Superior Court of New Jersey
Morris County Courthouse
Washington & Court Streets
Morristown, NJ 07963−0910

State No: MRS−L−000226−24

**Dear Clerk of Court:**

   Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                               Very truly yours,

                                               CLERK OF COURT
                                               By Deputy Clerk, lm

encl.
cc: All Counsel